pellant, F. V. Johnson, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

BATONYI v. BATONYI. (Supreme Court, Appellate Division, First Department. May 13, 1910.) Action by Frances Batonyi against Aurel Batonyi. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

---

BAUER, Respondent, v. INTER-OCEAN TELEPHONE & TELEGRAPH CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 1, 1910.) Action by Frank Bauer against the Inter-Ocean Telephone & Telegraph Company.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., dissents, upon the ground that the defendant was not shown guilty of actionable negligence.

---

BAUST v. DAUTH et al. (Supreme Court, Appellate Division, First Department. May 13, 1910.) Action by Jacob Baust, as administrator, against Charles Dauth, impleaded with others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

---

BAYLES, Respondent, v. CHAPMAN, Appellant. (Supreme Court, Appellate Division, Second Department. May 26, 1910.) Action by John R. Bayles against Cornelia W. Chapman. No opinion. Judgment unanimously affirmed, with costs.

---

BEHRENS, Appellant, v. ROTH et al., Respondents. (Supreme Court, Appellate Division, First Department. May 27, 1910.) Action by Esther Behrens against Charles Roth and others. P. Carpenter, for appellant. B. M. Kaye, for respondents. No opinion. Judgment affirmed, with costs. Order filed. See, also, 122 N. Y. Supp. 1122.

---

BELKNAP, Respondent, v. CITY OF BUFFALO, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 1, 1910.) Action by Irene Belknap against the City of Buffalo.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS, J., not sitting.

---

BELL, Respondent, v. CROSSTOWN ST. RY. CO. OF BUFFALO, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 1, 1910.) Action by Albert H. Bell against the Crosstown Street Railway Company of Buffalo.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS, J., not sitting.

---

BELLA, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 4, 1910.) Action by Margaret Bella, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Action reported settled.

---

BENDER, Appellant, v. GRIFFITH, Respondent. (Supreme Court, Appellate Division, Third Department. May 4, 1910.) Action by Edward Bender against Ed. C. Griffith. No opinion. Judgment affirmed, with costs.

---

BERENS, Respondent, v. BRACCINI, Appellant. (Supreme Court, Appellate Division, Second Department. June 17, 1910.) Action by Mathias Berens against Gaspero Braccini. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

BERG, Respondent, v. KAISER et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 6, 1910.) Action by Asher H. Berg against Joseph Kaiser and others. No opinion. Motion for reargument denied, with $10 costs. See, also, 122 N. Y. Supp. 85.

---

BERGER, Respondent, v. HERRMANN, Appellant. (Supreme Court, Appellate Division, First Department. May 20, 1910.) Action by George Berger against Henry Herrmann. W. T. Kohn, for appellant. L. F. Doyle, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

BIRD, Respondent, v. HATCH, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 29, 1910.) Action by William N. D. Bird against Albert G. Hatch. No opinion. Judgment affirmed, with costs. See, also, 125 App. Div. 902, 109 N. Y. Supp. 1124.

---

BISHOP, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 4, 1910.) Action by Rosa Bishop, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Action reported settled. No decision.

---

BLAKE, Respondent, v. SHOEMAKER, Appellant. (Supreme Court, Appellate Division, Third Department. May 4, 1910.) Action by John B. Blake against Emma Shoemaker. No opinion. Order affirmed, without costs. See, also, 120 N. Y. Supp. 1114.

---

BLANCHARD, Appellant, v. DELAWARE, L. & W. R. CO., Respondent. (Supreme Court, Appellate Division, Third Department. June 29, 1910.) Action by Vert A. Blanchard against the Delaware, Lackawanna & Western Railroad Company.

PER CURIAM. Judgment and order unanimously affirmed, with costs.

HOUGHTON, J., not sitting.